IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERRY JANSSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Law No.:  09 CV 3340 JES BGC |
| | ) |
| DAVID HOWSE, NEIL WILLIAMSON | ) |
| AND SANGAMON COUNTY, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OF LAW

NOW COMES the Defendants, NEIL WILLIAMSON and SANGAMON COUNTY, by THERESA M. POWELL, of HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and Memorandum of Law in support of their Motion to Dismiss Sangamon County as a Defendant in this suit state:

### I.

### Introduction

The Plaintiff filed a cause of action against Sheriff Williamson and Sangamon County. The Plaintiff's complaint alleges that Sangamon County is responsible for the acts of individuals employed by the Sheriff's Department. Defendant's have filed a Motion to Dismiss arguing that Sangamon County cannot be liable under such a theory of *respondeat superior* as Sheriff Williamson is an independent county officer. Defendants now file this Memorandum of Law in support of its Motion to Dismiss Sangamon County.

### II.

### Argument

In Illinois, the County Sheriff is an independent county officer. As such, the county cannot be held liable for either his actions or the actions of his officers based upon a theory of *respondeat superior*. *Moy v. County of Cook,* 159 Ill. 2d 519, 640 N.E. 926, 928-930 (Ill. 1994). The

Sheriff's Department officers are under the control of the Sheriff and not the county. Accordingly, they are not employees under the control of the county for purposes of *respondeat superior* liability.  Claims against the county are not liable under the law and therefore should be dismissed.  Wherefore, the Defendant prays that this court will dismiss the county as an improper Defendant in this case.

        s/ THERESA M. POWELL_____
Attorney for Defendants, Neil Williamson and Sangamon County
IL ARDC #:  6230402
Heyl, Royster, Voelker & Allen
Suite 575 National City Center
P.O. Box 1687
217.522.8822  Phone
217.523.3902  Fax
Email:  tpowell@heylroyster.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2010, I electronically filed the foregoing MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS SANGAMON COUNTY AS A DEFENDANT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John M. Myers | Daniel L. Fultz |
| jmyers@springfieldlaw.com | fultzlawoffice@yahoo.com |

Andrew M. Ramage
aramage@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

        s/ Theresa M. Powell
        Attorney for Defendants
        IL ARDC #:  6230402
        Heyl, Royster, Voelker & Allen
        Suite 575 National City Center
        P. O. Box 1687
        Springfield, IL  62705-1687
        217.522.8822  Phone
        217.523.3902  Fax
        Email:  tpowell@heylroyster.com

TMP/mmw
(S3280)/15504812_2