IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHERRY JANSSEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 09-CV-03340-JES-BGC ) |
| DAVID HOWSE, NEIL WILLIAMSON, and SANGAMON COUNTY | ) ) ) |
| Defendants. | ) ) |

**MOTION TO DISMISS**

Plaintiff, Sherry Janssen, moves the Court to dismiss this case with prejudice in accordance with the attached Stipulation.

Respectfully submitted,

SHERRY JANSSEN, Plaintiff,


By:   /s/   John M. Myers
        Her Attorney

John M. Myers
Rabin & Myers, PC
1300 South 8th Street
Springfield, IL  62703
Telephone:  217-544-5003
Facsimile:  217-544-5017
*jmyers@springfieldlaw.com*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHERRY JANSSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  09-CV-03340-JES-BGC |
| | ) |
| DAVID HOWSE, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION

The parties, by their respective attorneys, stipulate to the dismissal of this matter with prejudice, with all parties to bear their own costs, expenses and attorney's fees, and represent to the Court that the matter has been settled.

Respectfully submitted,

SHERRY JANSSEN, Plaintiff,


By:    /s/ John M. Myers
          Her Attorney

John M. Myers
Rabin & Myers, PC
1300 South 8th Street
Springfield, IL  62703
Telephone:  217-544-5003
Facsimile:  217-544-5017

DAVID HOWSE, Defendant,


By:    /s/ Andrew M. Ramage (with permission)

Andrew M. Ramage
Hinshaw & Culbertson
400 S. 9th Street, Ste. 200
Springfield, IL  62701
Telephone:  217-528-7375
Facsimile:  217-528-0075

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused copies of the foregoing *Motion to Dismiss* to be served upon the following person(s) via the Court's electronic notification system this 16th day of June, 2012.

**Andrew M Ramage**
HINSHAW & CULBERTSON
400 S Ninth St, Suite 200
Springfield, IL 62701
Email: aramage@hinshawlaw.com

**Michael D. Morehead**
HINSHAW & CULBERTSON
400 South 9th Street, Suite 200
Springfield, IL  62701
Email:  mmorehead@hinshawlaw.com

**Daniel Fultz**
BROWN, HAY & STEPHENS
205 S. 5th Street, Suite 700
Springfield, IL  62701
Email:  dfultz@bhslaw.com

                                                           By:    /s/  John M. Myers